PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Suzette Scott                                    Docket No. 7:15-CR-26-1H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Suzette Scott, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 2nd day of April, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant admitted that she used cocaine and marijuana on April 3, 2015.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine whether the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2541<br>Executed On: April 8, 2015 |

### ORDER OF THE COURT

Considered and ordered the 8th day of April, 2015, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge