PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Suzette Scott             Docket No. 7:15-CR-26-1 H

### Petition for Action on Conditions of Pretrial Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Suzette Scott, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 2nd day of April, 2015. On April 13. 2015, a bond violation hearing was conducted. The court ruled that the defendant had violated bond conditions by using illegal drugs. The motion to revoke bond was denied, and the conditions of release were modified to include alcohol abstinence and home detention with electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine specimen on August 11, 2015, which tested positive for marijuana and cocaine. The defendant admitted using marijuana and denied using cocaine.

**PRAYING THAT THE COURT WILL ORDER** a hearing scheduled to determine whether the defendant's bond should be revoked.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: September 2, 2015

### ORDER OF THE COURT

Considered and ordered the __2__ day of __September__, 2015, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge