UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-26-1H

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
SUZETTE SCOTT )

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 32 be sealed until further order of this Court.

This the 5th day of October, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge