UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Suzette Scott**  **Docket No. 7:15-CR-26-1H**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Suzette Scott, who, upon an earlier plea of guilty to False Statement in violation of 18 U.S.C §1001, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 9, 2016, to the custody of the Bureau of Prisons for a term of 9 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Suzette Scott was released from custody on August 9, 2016, at which time the term of supervised release commenced.

On December 28, 2016, a petition for action on supervised release was submitted to the court advising that the defendant was abusing illegal substances. Your Honor ordered that the defendant's conditions be modified to include 20 hours of community service on December 29, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 16, 2017, the defendant submitted a urinalysis sample at Reality Counseling that tested positive for marijuana and cocaine. The sample was sent to Alere Laboratories for confirmation testing, and was confirmed positive for cocaine and marijuana on August 20, 2017. She subsequently signed an admission form on September 7, 2017.

The defendant remains on the SUP random urinalysis testing program. She failed to submit a urinalysis sample on September 5, 2017. A home contact was conducted at the defendant's residence on September 7, 2017. At that time, she signed an admission form confirming that her last use of cocaine and marijuana was on September 6, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Suzette Scott
Docket No. 7:15-CR-26-1H
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: September 08, 2017

## ORDER OF THE COURT

Considered and ordered this 11th day of September 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge